# ROSE M. WEBER
ATTORNEY AT LAW
30 VESEY STREET • SUITE 1801
NEW YORK, NEW YORK 10007

(917) 415-5363

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
    #:_____
DATE FILED: 7/29/2020
```

July 27, 2020

**BY ECF**
Honorable Mary Kay Vyskocil
United States District Judge
500 Pearl Street
New York, NY 10007

> The request to adjourn the conference is GRANTED. It shall take place on Thursday, August 20, 2020 at 11:00 AM. Further settlement discussion is excused at this time.
>
> Date: July 29, 2020
> New York, New York
>
> /s/ Mary Kay Vyskocil
> Mary Kay Vyskocil
> United States District Judge

Re:   *Brandon Barnes v. City of New York, et al.*, 19 Civ. 7275 (MKV)

Your Honor:

By Order dated July 24, 2020, the initial conference in the above-referenced matter was set for August 13, 2020, at 11:00 a.m. In an unfortunate twist of fate, that is one of the very few time-slots in all of August that I am not available, as I have a previously-scheduled conference in front of Judge Gardephe at 11:15. I have consulted with defense counsel about his schedule, and plaintiff now respectfully requests, with defendants' consent, that the Court reschedule the initial conference to any other day the week of August 10th, or to August 17th or 18th.

Plaintiff also respectfully requests, with defendants' consent, that the parties be excused from the requirement that they confer regarding settlement for at least one hour prior to filing pre-conference documents. On March 5, 2020, the parties spent an entire afternoon in mediation. We are still very far apart and additional discussion at this point would not be productive.

Thank you for your consideration in this matter.

Very truly yours,

/s

Rose M. Weber (RW 0515)

cc:   Matthew McQueen, Esq. (by ECF)