

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MATTHEW W. McQUEEN**<br>*Senior Counsel*<br>mmcqueen@law.nyc.gov<br>Phone: (212) 356-2423<br>Fax: (212) 356-3509 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   8/11/2020

August 3, 2020

BY ECF
Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:  Brandon Barnes v. City of New York, et al., 19-CV-7275 (MKV)

Your Honor:

        I am an attorney in the Office of Corporation Counsel and I represent defendants Pizarro, Pimentel, and The City of New York ("Defendants") in the above-referenced matter. Defendants write to respectfully request an adjournment of the initial conference scheduled for August 20, 2020.  Plaintiff's counsel, Rose Weber, consents to this request.

        On July 27, 2020 plaintiff requested an adjournment of the initial conference that was previously scheduled for August 14, 2020.  On July 29, 2020, the Court granted plaintiff's application, and rescheduled the conference to August 20, 2020.  Although plaintiff's letter provided some proposed dates that the parties would be available for an adjourned conference, the letter failed to advise the Court that counsel for defendants will be unavailable from August 19 through August 28, 2020.

        Accordingly, defendants now respectfully request that the initial conference be adjourned to another date that is convenient to the Court.  The parties can currently be available for an initial conference any day in September 2020, except September 3, 8, 9 or 28.[1]

---

[1] At the urging of plaintiff's counsel, I remind the Court that the parties are also still available on August 10-12, 14, 17 or 18, the dates that were previously proposed in plaintiff's adjournment request.

Defendants thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s *Matt McQueen*

Matthew W. McQueen
Special Federal Litigation Division

cc: BY ECF
Rose Weber, Esq.
*Attorney for Plaintiff*

---

The conference shall be held on Thursday, September 10, 2020 at 11:00 AM.

Date: August 11, 2020
New York, New York

Mary Kay Vyskocil
United States District Judge

2