

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MATTHEW W. MCQUEEN**<br>*Senior Counsel*<br>mmcqueen@law.nyc.gov<br>Phone: (212) 356-2423<br>Fax: (212) 356-3509 |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/8/2020
```

September 4, 2020

BY ECF
Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   Brandon Barnes v. City of New York, et al., 19-CV-7275 (MKV)

Your Honor:

      I am an attorney in the Office of Corporation Counsel and I represent defendants Pizarro, Pimentel, and The City of New York ("Defendants") in the above-referenced matter. Defendants write to respectfully request *nunc pro tunc*, an extension of time to file the proposed case management plan and joint letter in advance of the initial conference scheduled for September 10, 2020. Plaintiff's counsel, Rose Weber, consents to this request.

      I have unfortunately, been on FMLA leave due to pneumonia and other health issues since August 20, 2020. The parties began working on the documents before I went on leave, and I believe that we will be able to complete them by September 9, 2020, despite my continuing health issues. Accordingly, defendants respectfully request an extension to September 9, 2020 to file the proposed case management plan and joint letter with the Court.

      Defendants thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s *Matt McQueen*

Matthew W. McQueen
Special Federal Litigation Division

**Granted. SO ORDERED.**

Date: September 8, 2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

cc:    BY ECF
       Rose Weber, Esq.
       *Attorney for Plaintiff*